UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL WEISER<br>1110 South Oakhurst Drive<br>#204<br>Los Angeles, California 90035<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>DEPARTMENT OF JUSTICE<br>950 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20530-0001<br><br>　　　Defendant. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | <br><br><br><br><br><br><br>Civil Action No. 21-_____ |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## COMPLAINT

This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, et seq., as amended, and the Privacy Act ("PA") of 1974, 5 U.S.C. § 552a, et seq., as amended, seeking the production of records responsive to a request submitted by the Plaintiff to the Defendant Department of Justice ("DOJ").

## JURISDICTION

1. This Court has both subject matter jurisdiction over this action and personal jurisdiction over the Defendant pursuant to 5 U.S.C. § 552(a)(4)(B), 5 U.S.C. § 552a(g)(1)(B), and 28 U.S.C. § 1331.

## VENUE

2. Venue is appropriate under 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391.

## PARTIES

3. Plaintiff Michael Weiser ("Plaintiff") is a U.S. citizen, resident of Los Angles, California, and requested responsive records via FOIA and PA.

4. Defendant DOJ is an agency within the meaning of 5 U.S.C. § 552(f) and 5 U.S.C. § 552a(a)(1), and is in possession and/or control of the requested records that are the subject of this action. DOJ controls – and consequently serves as the proper party defendant for litigation purposes for – the Federal Bureau of Investigation ("FBI").

## COUNT ONE (FBI)

5. By letter dated April 1, 2021, the Plaintiff, through counsel, submitted a FOIA/PA Act request to FBI via its online portal that listed fourteen (14) categories of information that was being sought.

6. This lawsuit pertains only to categories #1 - #8.

7. No known response has been received from the FBI other than an e-mail acknowledgment of receipt of the underlying FOIA request.

8. Plaintiff has constructively exhausted all required administrative remedies with respect to categories #1-#8 in his FOIA/PA request.

10. Plaintiff is entitled to receipt of non-exempt copies of all records responsive to his FOIA/PA request.

WHEREFORE, Plaintiff Michael Weiser prays that this Court:

(1) Orders the Defendant to disclose non-exempt copies of the requested records in their entirety and make copies promptly available to the Plaintiff;

(2) Award reasonable costs and attorney's fees as provided in 5 U.S.C. § 552 (a)(4)(E), 5 U.S.C. § 552a(g)(3)B), and/or 28 U.S.C. § 2412 (d);

(3) expedite this action in every way pursuant to 28 U.S.C. § 1657 (a); and,

(4) grant such other relief as the Court may deem just and proper.

Date:   May 27, 2021

                                Respectfully submitted,

                                    /s/ *Michael Weiser*

                                Michael Weiser, Esq.
                                1110 South Oakhurst Drive
                                #204
                                Los Angeles, California 90035
                                (818) 585-7388
                                Mike@007attorney.com

                                *Pro Se Plaintiff*